## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: ENGELHART, PAMELA ELIZABETH | § Case No. 09-72896 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/14/2012 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 01/23/2012        By: /s/JOSEPH D. OLSEN
                                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ENGELHART, PAMELA ELIZABETH | § | Case No. 09-72896 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 190,000.00 |
| *and approved disbursements of* | $ | 104,473.63 |
| *leaving a balance on hand of* [1] | $ | 85,526.37 |

**Balance on hand:**    $    85,526.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    85,526.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 12,750.00 | 0.00 | 12,750.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 2,342.40 | 0.00 | 2,342.40 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 8,347.50 | 0.00 | 8,347.50 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:    $    23,689.90
Remaining balance:    $    61,836.47

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 61,836.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 61,836.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,670.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 739.10 | 0.00 | 477.73 |
| 2 | DISCOVER BANK | 8,999.87 | 0.00 | 5,817.05 |
| 3 | Chase Bank USA NA | 3,263.26 | 0.00 | 2,109.20 |
| 4 | PYOD LLC its successors and assigns as assignee of | 1,559.95 | 0.00 | 1,008.27 |
| 5 | American Express Centurion Bank | 5,420.72 | 0.00 | 3,503.67 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 47,903.36 | 0.00 | 30,962.25 |
| 7 | U.S. Bank N.A. | 13,617.44 | 0.00 | 8,801.61 |
| 8 | PRA Receivables Management, LLC | 14,166.81 | 0.00 | 9,156.69 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 61,836.47 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/JOSEPH D. OLSEN  
Trustee

JOSEPH D. OLSEN  
1318 EAST STATE STREET  
ROCKFORD, IL 61104-2228  
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                           Case No. 09-72896-MB
Pamela Elizabeth Engelhart                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 3           Date Rcvd: Jan 26, 2012
                              Form ID: pdf006             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2012.
```
db        #+Pamela Elizabeth Engelhart,   10017 Meadowdale Circle,    Spring Grove, IL 60081-8688
17252548   +Alexander D Marks,   Burke Warren NacKay & Serritella PC,    330 N Wabash Ave  22nd Flr,
             Chicago, Il 60611-7619
14155621   +American Express,   Po Box 981537,    El Paso, TX 79998-1537
14639197    American Express Centurion Bank,   Becket & Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14155622    Bank Of America,   4060 Ogletown Stan,    Newark, DE 19713
14155623   #+Brenna Engelhart,   10017 Meadowdale Circle,    Spring Grove, Il 60081-8688
14155624   +Capital One,   2730 Liberty Ave.,    Pittsburgh, PA 15222-4704
14155625   +Chase,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
14543281    Chase Bank USA NA,   P.O. BOX 15145,    Wilmington DE 19850-5145
14155626   +Citgo,   Po Box 6497,    Sioux Falls, SD 57117-6497
14155627   +Community Trust Credit Union,   1313 N. Skokie Hwy,    Gurnee, IL 60031-2147
14155629   +Great Lakes Credit Union,   1425 Tri State Parkway,    Gurnee, IL 60031-9120
14155630    Kohls,   Ns6w17000 Ridgewood,    Menomonee Falls, WI 53051
14155631   +Limited Express,   Po Box 330066,    Northglen, CO 80233-8066
14865245   +PRA Receivables Management, LLC,   As Agent of Portfolio Recovery Assocs.,   c/o Capital One,
             PO Box 41067,   Norfolk, VA 23541-1067
14155632   +Provena,   St. Joseph Hospital,    77 N. Airlite St.,    Elgin, IL 60123-4998
14852116   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court:   U.S. Bank N.A.,    P.O. Box 5229,   Cincinnati, OH 45201)
14155635    Washington Mutual,   PO Box 9001123,    Louisville, KY 40290-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14535273    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 27 2012 03:59:39     DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14155628    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 27 2012 03:59:39     Discover,   Po Box 15316,
             Wilmington, DE 19850
14826343    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2012 03:58:12
             FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK  73124-8809
14597674   +E-mail/Text: resurgentbknotifications@resurgent.com Jan 27 2012 02:22:38
             PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
14531732    E-mail/Text: resurgentbknotifications@resurgent.com Jan 27 2012 02:22:39     Roundup Funding, LLC,
             MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14159084*   +Brenna Engelhart,   10017 Meadowdale Circle,   Spring Grove, Il 60081-8688
14155633*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:   US Bank,   PO Box 790179,   St Louis, MO 63179-0179)
14155634*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:   US Bank,   PO Box 790408,   St Louis, MO 63179-0408)
                                                                          TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: vgossett           Page 2 of 3              Date Rcvd: Jan 26, 2012
                              Form ID: pdf006          Total Noticed: 23
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2012**                **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 3 of 3                  Date Rcvd: Jan 26, 2012
                              Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2012 at the address(es) listed below:

```
              Alexander D. Marks    on behalf of Creditor   Chase Home Finance, LLC amarks@burkelaw.com
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              David L Freidberg    on behalf of Plaintiff   Chase Bank USA, N.A. dfreidberg@freidberglaw.com
              David P Leibowitz    on behalf of Debtor Pamela Engelhart dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jhennard@lakelaw.com;ECF@lakelaw.com
              Edward J. Lesniak    on behalf of Defendant   Chase Home Finance, LLC elesniak@burkelaw.com
              Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Plaintiff Joseph Olsen jolsenlaw@aol.com,  IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 9
```