**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ENGELHART, PAMELA ELIZABETH   § Case No. 09-72896
§
§
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $32,400.00            Assets Exempt:  $29,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $153,429.24    Claims Discharged
                                                Without Payment: $146,517.09

Total Expenses of Administration: $36,570.76

---

   3) Total gross receipts of $ 190,000.00  (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $190,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $272,005.00 | $91,592.77 | $91,592.77 | $91,592.77 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,570.76 | 36,570.76 | 36,570.76 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 126,300.49 | 95,670.51 | 95,670.51 | 61,836.47 |
| **TOTAL DISBURSEMENTS** | $398,305.49 | $223,834.04 | $223,834.04 | $190,000.00 |

    4) This case was originally filed under Chapter 7 on July 13, 2009. The case was pending for 34 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2012        By: /s/JOSEPH D. OLSEN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate | 1110-000 | 190,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$190,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank | 4110-000 | 19,157.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 4110-000 | 240,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Trust Credit Union | 4110-000 | 12,848.00 | N/A | N/A | 0.00 |
| | Chicago Title & Trust Company | 4110-000 | N/A | 83,737.57 | 83,737.57 | 83,737.57 |
| | Chicago Title & Trust Company | 4700-000 | N/A | 7,206.29 | 7,206.29 | 7,206.29 |
| | JP Morgan Chase Bank, N.A. | 4110-000 | N/A | 648.91 | 648.91 | 648.91 |
| **TOTAL SECURED CLAIMS** | | | **$272,005.00** | **$91,592.77** | **$91,592.77** | **$91,592.77** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 12,750.00 | 12,750.00 | 12,750.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 2,342.40 | 2,342.40 | 2,342.40 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 8,347.50 | 8,347.50 | 8,347.50 |
| Chicago Title & Trust Company | 3510-000 | N/A | 11,695.00 | 11,695.00 | 11,695.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Chicago Title & Trust Company | 2420-000 | N/A | 338.00 | 338.00 | 338.00 |
| Chicago Title & Trust Company | 2420-000 | N/A | 18.91 | 18.91 | 18.91 |
| Chicago Title & Trust Company | 2420-000 | N/A | 250.00 | 250.00 | 250.00 |
| Chicago Title & Trust Company | 2420-000 | N/A | 188.75 | 188.75 | 188.75 |
| Chicago Title & Trust Company | 2420-000 | N/A | 305.00 | 305.00 | 305.00 |
| Chicago Title & Trust Company | 2420-000 | N/A | 76.81 | 76.81 | 76.81 |
| Chicago Title & Trust Company | 2420-000 | N/A | 72.90 | 72.90 | 72.90 |
| Chicago Title & Trust Company | 2500-000 | N/A | 695.00 | 695.00 | 695.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 285.00 | 285.00 | 285.00 |
| Chicago Title & Trust Company | 2420-000 | N/A | -1,250.37 | -1,250.37 | -1,250.37 |
| NiCor | 2420-000 | N/A | 33.11 | 33.11 | 33.11 |
| ComEd | 2420-000 | N/A | 19.27 | 19.27 | 19.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 100.48 | 100.48 | 100.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 36,570.76 | 36,570.76 | 36,570.76 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 739.10 | 739.10 | 477.73 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 8,999.87 | 8,999.87 | 5,817.05 |
| 3 | Chase Bank USA NA | 7100-000 | N/A | 3,263.26 | 3,263.26 | 2,109.20 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,559.95 | 1,559.95 | 1,008.27 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 5,420.72 | 5,420.72 | 3,503.67 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 47,903.36 | 47,903.36 | 30,962.25 |
| 7 | U.S. Bank N.A. | 7100-000 | 13,617.44 | 13,617.44 | 13,617.44 | 8,801.61 |
| 8 | PRA Receivables Management, LLC | 7100-000 | N/A | 14,166.81 | 14,166.81 | 9,156.69 |
| NOTFILED | Discover | 7100-000 | 8,484.98 | N/A | N/A | 0.00 |
| NOTFILED | Citgo | 7100-000 | 1,334.42 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes Credit Union | 7100-000 | 19,698.00 | N/A | N/A | 0.00 |
| NOTFILED | Limited Express | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 3,055.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 5,163.52 | N/A | N/A | 0.00 |
| NOTFILED | Provena St. Joseph Hospital | 7100-000 | 9,447.83 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,199.30 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 46,769.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 15,931.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 126,300.49 | 95,670.51 | 95,670.51 | 61,836.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-72896  
**Case Name:** ENGELHART, PAMELA ELIZABETH  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/13/09 (f)  
**§341(a) Meeting Date:** 08/13/09  

**Period Ending:** 04/24/12  
**Claims Bar Date:** 12/30/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate | 290,000.00 | 85,000.00 |  | 190,000.00 | FA |
| 2 | Savings Accounts | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Grove State Bank | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | 9Money Market Securities | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Furniture and Appliance | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothes My Residence | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Rings, Earrings And Necklaces At My Residence | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Settlement from Phen-Fen lawsuit (January 2009) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | RN License (Illinois and Wisconsin) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2007 Pontiac G-6 (70,000 miles) | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2007 Pontiac G-5 (55,000 miles) At My House | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 15 Year Old Poodle, 9 Year Old Chihuahua And A 2 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Parakeets My Residence | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | **Assets** **Totals** (Excluding unknown values) | **$322,400.00** | **$85,000.00** | | **$190,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 30, 2012    **Current Projected Date Of Final Report (TFR):**    March 30, 2012

Printed: 04/24/2012 12:45 PM    V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 09-72896 | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** ENGELHART, PAMELA ELIZABETH | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-******96-66 - Checking Account |
| **Taxpayer ID #:** **-***9025 | **Blanket Bond:** | $820,095.60 (per case limit) |
| **Period Ending:** 04/24/12 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/12/11 | | Chicago Title & Trust Company | R.E. proceeds | | 86,328.14 | | 86,328.14 |
| | {1} | | 190,000.00 | 1110-000 | | | 86,328.14 |
| | | | Payoff first mortgage -83,737.57 | 4110-000 | | | 86,328.14 |
| | | | Commission -11,695.00 | 3510-000 | | | 86,328.14 |
| | | | Addt'l closing fee -50.00 | 2500-000 | | | 86,328.14 |
| | | | -3.00 | 2500-000 | | | 86,328.14 |
| | | | Jenson Plumbing -338.00 | 2420-000 | | | 86,328.14 |
| | | | Oct. Nicor service -18.91 | 2420-000 | | | 86,328.14 |
| | | | Rossman landscaping -250.00 | 2420-000 | | | 86,328.14 |
| | | | Jenson Plumbing -188.75 | 2420-000 | | | 86,328.14 |
| | | | Well/septic -305.00 | 2420-000 | | | 86,328.14 |
| | | | ComEd services -76.81 | 2420-000 | | | 86,328.14 |
| | | | NiCor services -72.90 | 2420-000 | | | 86,328.14 |
| | | | County taxes -7,206.29 | 4700-000 | | | 86,328.14 |
| | | | Owners Policy -695.00 | 2500-000 | | | 86,328.14 |
| | | | Transfer stamps -285.00 | 2500-000 | | | 86,328.14 |
| | | | reimbursed expenses 1,250.37 | 2420-000 | | | 86,328.14 |
| 12/15/11 | 101 | NiCor | Final invoice for utility company | 2420-000 | | 33.11 | 86,295.03 |
| 12/16/11 | 102 | ComEd | Final reading for utilities | 2420-000 | | 19.27 | 86,275.76 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.48 | 86,175.28 |
| 01/19/12 | 103 | JP Morgan Chase Bank, N.A. | Balance due per Court Order of 1/18/12 | 4110-000 | | 648.91 | 85,526.37 |
| 03/14/12 | 104 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 85,276.37 |
| 03/14/12 | 105 | Yalden, Olsen & Willette | Dividend paid 100.00% on $8,347.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,347.50 | 76,928.87 |
| 03/14/12 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,342.40, Trustee Expenses; Reference: | 2200-000 | | 2,342.40 | 74,586.47 |
| 03/14/12 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $12,750.00, Trustee Compensation; Reference: | 2100-000 | | 12,750.00 | 61,836.47 |
| 03/14/12 | 108 | Roundup Funding, LLC | Dividend paid 64.63% on $739.10; Claim# 1; Filed: $739.10; Reference: | 7100-000 | | 477.73 | 61,358.74 |
| 03/14/12 | 109 | DISCOVER BANK | Dividend paid 64.63% on $8,999.87; Claim# 2; Filed: $8,999.87; Reference: | 7100-000 | | 5,817.05 | 55,541.69 |
| 03/14/12 | 110 | Chase Bank USA NA | Dividend paid 64.63% on $3,263.26; Claim# 3; Filed: $3,263.26; Reference: | 7100-000 | | 2,109.20 | 53,432.49 |
| 03/14/12 | 111 | PYOD LLC its successors and assigns as assignee of | Dividend paid 64.63% on $1,559.95; Claim# 4; Filed: $1,559.95; Reference: | 7100-000 | | 1,008.27 | 52,424.22 |

Subtotals: $86,328.14  $33,903.92

{} Asset reference(s)

Printed: 04/24/2012 12:45 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-72896  
**Case Name:** ENGELHART, PAMELA ELIZABETH  
**Taxpayer ID #:** **-***9025  
**Period Ending:** 04/24/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/12 | 112 | American Express Centurion Bank | Dividend paid 64.63% on $5,420.72; Claim# 5; Filed: $5,420.72; Reference: | 7100-000 | | 3,503.67 | 48,920.55 |
| 03/14/12 | 113 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 64.63% on $47,903.36; Claim# 6; Filed: $47,903.36; Reference: | 7100-000 | | 30,962.25 | 17,958.30 |
| 03/14/12 | 114 | U.S. Bank N.A. | Dividend paid 64.63% on $13,617.44; Claim# 7; Filed: $13,617.44; Reference: | 7100-000 | | 8,801.61 | 9,156.69 |
| 03/14/12 | 115 | PRA Receivables Management, LLC | Dividend paid 64.63% on $14,166.81; Claim# 8; Filed: $14,166.81; Reference: | 7100-000 | | 9,156.69 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 86,328.14 | 86,328.14 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 86,328.14 | 86,328.14 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$86,328.14** | **$86,328.14** | |

Net Receipts : 86,328.14  
Plus Gross Adjustments : 103,671.86  
Net Estate : $190,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # 9200-******96-66 | 86,328.14 | 86,328.14 | 0.00 |
| | $86,328.14 | $86,328.14 | $0.00 |

{} Asset reference(s)